**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**

I, Sean P. Doyle, United States Postal Inspector, being duly sworn, depose and state as follows:

**I.     INTRODUCTION**

1. I have been employed as a Postal Inspector by the United States Postal Inspection Service ("USPIS") since July 2016.  I was assigned to the USPIS Connecticut and Western Massachusetts Major Crimes Team from 2016 through August of 2019.  In August of 2019, I transferred to the USPIS Manchester, NH Prohibited Mail Narcotics/ Miscellaneous Crime Team.  On these teams, my duties and responsibilities include, but are not limited to, the investigation of the illegal shipment of narcotics and narcotics proceeds, as well as the laundering of drug proceeds via the United States Postal Service ("USPS").  I have intercepted numerous USPS Priority Mail Express or Priority Mail parcels which were found to have contained controlled substances and/or the proceeds from the sales of controlled substances through the United States Mail.  Prior to becoming a U.S. Postal Inspector, I was employed for ten years as a police officer for the Town of Londonderry, New Hampshire.

2. I have received extensive training in criminal investigations, procedures, and criminal law, and I have assisted senior postal inspectors and other law enforcement agents in numerous criminal investigations and in the execution of search warrants.  I have received training from the USPIS in the investigation of controlled substances and proceeds/payments for controlled substances being transported through the United States Mail. I have also received asset forfeiture training and have consulted with senior postal inspectors and asset forfeiture specialists.

3. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 3061, and am empowered by law to conduct investigations and make arrests for offenses enumerated in 21 U.S.C. § 841(a)(1), distribution of controlled substances, 21 U.S.C. § 843(b), use of a communications facility in the commission of narcotics trafficking offenses, 21 U.S.C. § 846, conspiracy to possess with intent to distribute and distribution of controlled substances and other federal offenses.

4. The information set forth in this affidavit is based on an investigation other law enforcement agents and I are conducting. This affidavit does not contain every fact known to me with respect to this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

II. **GENERAL BACKGROUND CONCERNING THE SHIPMENT OF DRUGS AND DRUG SALE PROCEEDS THROUGH THE UNITED STATES MAILS**

5. Based on my training and experience, I know that individuals shipping controlled substances via the United States Mail primarily utilize Priority Mail Express and Priority Mail because of the speed, reliability, free telephone and internet package tracking service, as well as the perceived minimal chance of detection. Mailers often use fictitious names and/or fictitious return addresses to prevent them from being identified and apprehended by law enforcement. Additionally, it is not uncommon to use legitimate names and legitimate addresses that are not, at the time the package is shipped, associated with each other. Additionally, in the cases where USPS Priority Mail Express and Priority Mail packages containing controlled substances and/or proceeds of controlled substances have displayed a business or company name or used a business address, it not infrequently proves to be a fictitious business or

company, or, in certain cases, a legitimate company whose name or address was being used without the knowledge or authorization of that business.

6. Based on my training and experience, I know that narcotics traffickers often send their illegal narcotics through the mail from source states, such as California, Arizona, Texas, Nevada, and the U.S. Territory of Puerto Rico. Also, based on my training and experience, I know individuals who receive narcotics parcels via the U.S. Mail often make return payments for those narcotics through the mail. The return payments are mailed to source states in the form of bulk U.S. currency and money orders, to include U.S. Postal Service money orders.

### III. DESCRIPTION OF THE SUBJECT PARCEL

7. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that a Priority Mail parcel displaying a typed Priority Mail epostage label, bearing tracking number 9405536109361841673074, addressed to "ZACHARY MARTINEZ 21 KING ST APT A ROCHESTER NH 03867-3112" and bearing a return address of "SAM PERRY 129 BOUQUET CANYON DR PALM DESERT CA 92211" (herein after the "Subject Parcel"), contains controlled substances. An image of the Subject Parcel is incorporated herein:



8. The Subject Parcel measures approximately 8.69" x 5.44" x 1.75," weighs approximately 0 pounds, 11.44 ounces and bears $6.98 in U.S. postage. The Subject Parcel received an "accept or pickup" scan on September 29, 2022, in Rancho Mirage, CA 92270.

IV.   **INVESTIGATION TO DATE**

9. On or about Monday, October 3, 2022, Postal Inspectors in New Hampshire identified the Subject Parcel as a parcel possibly containing a controlled substance which was destined to New Hampshire. On the same date, Postal Inspectors in New Hampshire were able to physically locate and take custody of the Subject Parcel. The Subject Parcel was located in the custody of the Rochester, NH Post Office and was

    transferred to the Inspection Service at the Manchester, NH P&DC located at 955 Goffs Falls Rd. Manchester, NH 03103.

10. A review of USPS database records indicates that the delivery address on the Subject Parcel, 21 King St. Apt. A Rochester, NH 03867, is a valid address. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, did not return results indicating that an individual with the listed recipient name, Zachary Martinez, as being associated with the delivery address. Additionally, a check of CLEAR did not associate the name Zachary Martinez with any address in Rochester, NH.

11. A review of USPS database records indicates that the return address on the Subject Parcel, 129 Bouquet Canyon Dr. Palm Desert, CA 92211, is a valid address. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, did not return any results connecting the listed sender, Sam Perry, with the listed return address. Additionally, a check of CLEAR did not associate the name Sam Perry with any address in Palm Desert, CA.

12. Based on my training and experience, I know that individuals who utilize the United States Postal Service Priority Mail services to ship controlled substances can input information for the sender and recipient. In an attempt to avoid detection by law enforcement, these individuals sometimes use fictitious sender/recipient names. Also, these individuals may also use return addresses not associated with them and without the permission of unwitting parties in attempts to distance themselves from the contraband in case it is identified by law enforcement. These indicators are present on the Subject Parcel.

## V.   CANINE POSITIVE RESPONSE TO PACKAGE

13. On October 4, 2022, Inspectors contacted Trooper Berky of the New Hampshire State Police and requested that he and his narcotic-trained K-9, "Granite," review the Subject Parcel for the odor of controlled substances. Inspectors arranged to meet Trooper Berky at the U.S. Postal Inspection Service's office at the Manchester, NH P&DC. Trooper Berky arrived at the P&DC with Granite in order to review the Subject Parcel. Trooper Berky advised Inspectors that Granite is a black lab. Trooper Berky informed Inspectors that he uses Granite in the detection of controlled substances in different situations, including within sealed packages shipped through the United States Mail and other courier services. Trooper Berky further informed Inspectors that he and Granite successfully completed the New England State Police Administrator's Conference canine certification process and that their certification is current. The certification process involves a comprehensive test designed to measure the ability of the dog and the handler in searching for and indicating the presence of narcotics. This certification is administered in different environments with a variety of distractions and is designed to duplicate actual field conditions that may be encountered by the canine team. Trooper Berky advised Inspectors Granite was certified in the detection of the odors of cocaine and its derivatives, heroin and its derivatives, and methamphetamine and its derivatives.

14. On October 4, 2022, the Subject Parcel was examined by certified narcotics detection K-9 Granite. The Subject Parcel was placed among four other similar sized parcels, without Trooper Berky's knowledge of its location. Upon examination of the parcels, Trooper Berky advised K-9 Granite had alerted to a parcel known to me to be the Subject Parcel.

15. Based on my training and experience, I know that in addition to narcotics, packages such as the Subject Parcel often contain other indicia of narcotics trafficking such as bulk currency, money orders, records or "ledgers" relating to the controlled substances and/or records or other documents relating to the identity of the individual(s) who shipped the package(s) or the intended recipient(s) of such packages.

16. The Subject Parcel is presently in the custody of the U.S. Postal Inspection Service located at 955 Goff Falls Rd. Manchester, NH 03103.

VI.   **CONCLUSION**

17. Based on the facts described above, there is probable cause to believe that the Subject Parcel described above contains controlled substances, cash, money orders, or other documents relevant to drug trafficking in violation of Title 21, United States Code, Sections 841(a)(1) (possession with intent to distribute and distribution of controlled substances), 843(b) (use of a communication facility in the commission of a controlled substances trafficking offense), and 846 (conspiracy to possess with intent to distribute and distribution of controlled substances).

18. Accordingly, I respectfully request that this Court issue a search warrant authorizing the search of the Subject Parcel for items, documents, records, files, and other information that constitutes evidence, fruits, and/or other instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, including controlled substances, money, records relating to controlled substances

and/or money, and/or records relating to the identity of the individual who shipped the package or the intended recipient of the package.

/S/ Sean P. Doyle
SEAN P. DOYLE
UNITED STATES POSTAL INSPECTOR

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit and application.

Date: **Oct 5, 2022**
Time: **1:11 PM, Oct 5, 2022**

HONORABLE ANDREA K. JOHNSTONE
UNITED STATES MAGISTRATE JUDGE